NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE GERALD M. BENSON**

2012-1663
(Serial No. 09/515,978)

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

------------------------------------------------

**IN RE KENNETH L. SMITH**

2012-1664
(Serial No. 11/061,327)

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

**ON MOTION**

**ORDER**

IN RE GERALD BENSON                                          2

Upon consideration of Gerald M. Benson and Kenneth L. Smith's unopposed motion to consolidate appeal 2012-1663 with appeal 2012-1664,

IT IS ORDERED THAT:

(1) The motion to consolidate the appeals is granted to the extent that consolidated briefs shall be filed. The cases will be treated as companion cases to be argued consecutively before the same merits panel.

(2) The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26